IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KENNETH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21CV13 |
| | ) | |
| OFFICER. J. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 31, 2023, was served on the parties in this action. (ECF Nos. 26, 27.) Plaintiff filed objections to the Magistrate Judge's Recommendation, to which Officer Smith responded. (*See* ECF Nos. 28, 29).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that "Defendant Officer J. Smith's Motion for Summary Judgment as to All Claims", (ECF No. 20), is **GRANTED** as follows: Plaintiff's medical deliberate indifference claim is **DISMISSED** without prejudice for failure to exhaust administrative remedies and summary judgment is entered in favor of Officer Smith on Plaintiff's remaining claims.

A Judgment will be entered contemporaneously with this Order.

This, the 14th day of March 2023.

/s/ Loretta C. Biggs
United States District Judge